**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

EXSON QUIROX ALVARADO,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03545-RFB-EJY

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Exson Quirox Alvarado, has another habeas proceeding pending in this District: Alvarado v. Blanche, No. 2:26-CV-03442-RFB-BNW.

Accordingly, **IT IS HEREBY ORDERED** that, on or before November 9, 2026, Petitioner, with the assistance of counsel, must show cause why this case should not be dismissed without prejudice as duplicative of Petitioner's other pending habeas proceeding. See Alvarado v. Blanche, No. 2:26-CV-03442-RFB-BNW.

Alternatively, on or before November 9, 2026, Petitioner, with the assistance of counsel, may file the appropriate document under Federal Rule of Civil Procedure 41(a) to voluntarily dismiss this action without prejudice to proceed in their pending habeas proceeding.

**DATED:** October 28, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**